IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01708-MJW

LEAH W. BOYD,

Plaintiff,

v.

ROBERT W. LIPPINCOTT INC. dba LIPPINCOTT VAN LINES,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Unopposed Motion to Remand (Docket No. 12) is granted.  Accordingly, it is further

ORDERED that the above-captioned case is REMANDED to Denver County Court, Colorado.  The Clerk shall transmit the record.

Date: August 26, 2015